UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT CO...
★ SEP 20 2013
LONG ISLAND O...

------------------------------------------------------------X

MASSAPEQUA MANOR, INC., JOHN DE JOHN, and RICHARD BIVONA,
        Plaintiffs,

-against-

CIENA CAPITAL LLC, BUSINESS LOAN EXPRESS, LLC., BLX CAPITAL, LLC, CIENA CAPITAL FUNDING (NEW YORK) LLC, CIENA CAPITAL FUNDING, LLC, ALLEGIANT PARTNERS LLC, PAUL BIBBO, NADINE LUGO, JAY L. YACKOW, ESQ., JAX VENTURES, LLC, STEVEN COHN, ESQ., ROY LESTER, ESQ., ARENT FOX, FORCHELLI CURTO DEEGAN, SCHWARTZ, MINEO & TERRANA LLP, PROCTOR WONG, STEVEN PRINCE, LU DIDA PR INC, HOWARD GETZ, DR. ALAN GREENFIELD, SAMUEL MELNICK, ROSEMARY CRUZ, CARLOS RIVERA GONZALES, ROSEANN CAPANEGRO, BENJAMIN KWOK, STEVEN DAVIS, LOUIS MOYET, YVONNE FRANCES, QUEENS COUNTY DISTRICT ATTORNEY, OFFICE OF THE QUEENS COUNTY DISTRICT ATTORNEY, KATHLEEN RICE, NASSAU COUNTY DISTRICT ATTORNEY, CHARLES ROBUNDO, RICHARD SMYTHE, OLGA NOVOSAD, MICHAEL RYAN, MICHAEL J. SPOSATO, THE NASSAU COUNTY SHERIFF, THE OFFICE OF THE NASSAU COUNTY SHERIFF, EDWARD MANGANO, THE NASSAU COUNTY EXECUTIVE, THE COUNTY OF NASSAU, ELIZABETH LOCONSOLO, ESQ., INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS COUNSEL TO THE NASSAU COUNTY SHERIFF AND THE NASSAU COUNTY EXECUTIVE, "X" LINN, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, "X" LINN, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, "X" MASTROFIERI, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, "X" SCHULZ, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, THE NASSAU COUNTY POLICE DEPARTMENT, MARVIN LEVINE, THE NEW YORK STATE LIQUOR AUTHORITY, THE NEW YOURK STATE DEPARTMENT OF TAXATION AND FINANCE, STEPHEN BUCARIA, JSC., IRA WARSHAWSKY, ANTONIO BRANDVEEN, JSC., LEONARD B. AUSTIN, JOSEPH SALADINO, LONG ISLAND CATERERS ASSOCIATION, BUTCH YAMILI, CSH VENTURES, LLC, 201 JR CORP, "X", "Y", "Z" Corporations, whose names and addresses are presently unknown and "JANE DOE" and "JOHN DOE" as co-conspirators, whose names and addresses are presently unknown, and 201 JERUSALEM AVE MASSAPEQUA LLC,
        Defendants.

------------------------------------------------------------X

**SUMMONS IN A CIVIL ACTION**

TO:   MARVIN LEVINE, NEW YORK STATE LIQUOR AUTHORITY
      317 LENOX AVENUE
      NEW YORK, NY 10027


A LAWSUIT HAS BEEN FILED AGAINST YOU.

Within 21 days after service of this summons on you (not counting the day you receive it) - or 60 days of you are the United States or a United States Agency, or an officer or employee of the United States described in Federal Rule Civ. P. 12(a) (2) or (3)-you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs' attorney, whose name and address are:


GENEVIEVE LANE LOPRESTI, ESQ.
3 LAKE SHORE BOULEVARD
MASSAPEQUA, NEW YORK 11758
(516)795-8468


IF you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.


DOUGLAS C. PALMER
CLERK OF THE COURT


_s/ Jasmine Major_
Signature of Clerk or Deputy Clerk

DATE: **20 SEP 2013**